JS-6

Emily V. Pastorius (California Bar No. 197331)
emilypastorius@teletech.com
TeleTech Holdings, Inc.
9197 S. Peoria St.
Englewood CO  80112
Telephone:   (303) 397-8228
Facsimile:   (303) 397-8653

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELETECH HOLDINGS, INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>PCS LINK, INC. dba GREENWOOD & HALL<br><br>         Defendant(s). | CASE NO.: 2:16-cv-00768-BRO-AFM<br><br><br>**ORDER** |

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

**IT IS HEREBY ORDERED**

Dated: September 28, 2016

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE